1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
7                                 AT SEATTLE

8   IVAN GABRIEL ISLAS,

9                        Plaintiff,              Case No. 25-231-RAJ

10         v.                                    ORDER

11  SEATTLE POLICE DEPARTMENT, *et al.*,

12                       Defendant.

13

14         Plaintiff has filed an amended application to proceed *in forma pauperis* ("IFP") in the

15  above-entitled action. (Dkt. # 1 as amended, *see* dkt. # 6.) Plaintiff does not appear to have funds

16  available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP

17  (dkt. ## 1, 6) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not

18  necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

19         The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable

20  Richard A. Jones.

21         Dated this 18th day of February, 2025.

22

23                                              _____
                                                MICHELLE L. PETERSON
                                                United States Magistrate Judge

ORDER - 1